STATE of Missouri, Respondent,

v.

Robert ROTHER, Appellant.

No. WD 59759.

Missouri Court of Appeals,
Western District.

Submitted May 7, 2002.

Decided June 11, 2002.

Respondent's Motion to Modify Opinion
Denied July 25, 2002.

Richard E. McFadin, Gallatin, MO, appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, MO, for respondent.

Before PATRICIA BRECKENRIDGE, HAROLD L. LOWENSTEIN, and JAMES M. SMART, JR., JJ.

### Order

PER CURIAM.

Robert Rother appeals his conviction for the class C felony of possession of a controlled substance in violation of § 195.202, RSMo 1994. Rother was convicted by a Holt County jury on January 19, 2001, and subsequently sentenced as a prior and persistent offender to seven years imprisonment. Having carefully considered the contentions on appeal, we conclude the judgment should be affirmed. A published opinion would lack precedential value. A memorandum as to the reasons for our decision has been furnished to the parties. The judgment is affirmed. Rule 30.25(b).